## No. 15,884.

UHL *v.* MCENDAFFER, ET AL.

(194 P. [2d] 908)

Decided June 7, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. RAYMOND M. SANDHOUSE, for plaintiff in error.

Messrs. MUNSON & KREAGER, for defendants in error.